UNTIED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| FLETCHLINE, INC. and FLETCHLINE ELECTRICAL SERVICES, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>INVATA, LLC d/b/a INVATA INTRALOGISTICS and JOHN DOES 1-5<br><br>    Defendants. | Civil Action No. 23-cv-00151 |

**NOTICE OF APPEARANCE FOR JOHN R. JACOBSON**

Please take notice that John R. Jacobson of the law firm Riley & Jacobson, PLC hereby enters his appearance on behalf of Defendant Invata, LLC.

Respectfully submitted,

/s/ John R. Jacobson
John R. Jacobson (BPR No. 14365)
Jared A. Hagler (BPR No. 33323)
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
Tel: (615) 320-3700
Fax: (615) 320-3737
jjacobson@rjfirm.com
jhagler@rjfirm.com

*Attorney for Defendant, Invata, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing was served upon the following persons by U.S. Mail and email on the 2nd day of August 2023.

> William R. O'Bryan, Jr.
> John H. Dollarhide
> W. Travis Vest
> 150 Third Avenue South, Suite 1600
> Nashville, TN 37201
> bill.obryan@butlersnow.com
> john.dollarhide@butlersnow.com
> travis.vest@butlersnow.com

                                                            /s/ John R. Jacobson