IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FLETCHLINE, INC. and FLETCHLINE ELECTRICAL SERVICES, LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>INVATA, LLC d/b/a INVATA INTRALOGISTICS and JOHN DOES 1-5,<br><br>    Defendant. | Case 2:23-cv-03295-MAK |

## DEFENDANT'S RULE 7.1(a)(2) DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), Defendant, Invata, LLC d/b/a Invata Intralogistics ("Invata" or "Defendant"), a Pennsylvania limited liability company, names and identifies the citizenship of every individual or entity whose citizenship is attributable to Invata as follows:

1. Invata, LLC d/b/a Invata Intralogistics, is a Pennsylvania limited liability company that has a single member, Invata Intermediate, LLC.

2. Invata Intermediate, LLC is a Pennsylvania limited liability company that has four (4) members:

  a. Invata Holdings, Inc., a Pennsylvania corporation;

  b. Ayman Labib, a citizen of the Commonwealth of Massachusetts;

  c. Greg Taylor, a citizen of the Commonwealth of Massachusetts; and

  d. Ron Adams, a citizen of the Commonwealth of Massachusetts.

4887-4825-6381 v1

Dated: September 1, 2023	By:	*/s/Edmond M. George*
			Edmond M. George, Esquire
			Michael D. Vagnoni, Esquire
			OBERMAYER REBMANN MAXWELL
			& HIPPEL LLP
			Centre Square West, Suite 3400
			1500 Market Street
			Philadelphia, PA 19102
			P: 215.665.3000
			F: 215.665.3165
			Email:  edmond.george@obermayer.com
			Email:  michael.vagnoni@obermayer.com
			*Attorneys for Defendant*

4887-4825-6381 v1

## Certificate of Service

I hereby certify that on this 1st day of September, 2023, a copy of the foregoing Defendants' Rule 7.1(a)(2) Disclosure Statement was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Dated: September 1, 2023        By:     */s/Edmond M. George*
                                        Edmond M. George, Esquire
                                        Michael D. Vagnoni, Esquire
                                        OBERMAYER REBMANN MAXWELL
                                        & HIPPEL LLP
                                        Centre Square West, Suite 3400
                                        1500 Market Street
                                        Philadelphia, PA 19102
                                        P: 215.665.3000
                                        F: 215.665.3165
                                        Email:  edmond.george@obermayer.com
                                        Email:  michael.vagnoni@obermayer.com
                                        *Attorneys for Defendant*

4887-4825-6381 v1