IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FLETCHLINE, INC., FLETCHLINE ELECTRICAL SERVICES, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-3295 |
| | : | |
| INVATA, LLC, JOHN DOES 1-5 | : | |

## ORDER

**AND NOW**, this 27th day of November 2023, upon considering Defendants' Motion to dismiss (ECF No. 74), it is **ORDERED** we will hold a telephone conference with lead trial counsel on **November 29, 2023** at **12:00 P.M.** over our Court's Conference line: (Dial-in Number: 888-278-0296; Access Code: 5723096#).

_____
KEARNEY, J.