IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FLETCHLINE, INC. and FLETCHLINE ELECTRICAL SERVICES, LLC,<br>　　　　　　*Plaintiffs*,<br>　　v.<br>INVATA, LLC d/b/a INVATA INTRALOGISTICS, et al.<br>　　　　　　*Defendants*. | Case 2:23-cv-03295-MAK |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is hereby dismissed by Plaintiffs (i) **without prejudice** as to Defendant **Invata, LLC d/b/a Invata Intralogistics** and (ii) **with prejudice** as to Defendants Ryan Sheehan and Ayman Labib. Each party is to bear its own costs. Defendant Invata dismisses its counterclaim without prejudice.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  12/04/2023　　　　　　　　s/ Nils Burton Snell (PA Bar No. 89455)
　　　　　　　　　　　　　　　　　　BUTLER SNOW LLP
　　　　　　　　　　　　　　　　　　321 Norristown Road, Suite 210
　　　　　　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　　　　　　T: 267-705-4905
　　　　　　　　　　　　　　　　　　burt.snell@butlersnow.com

　　　　　　　　　　　　　　　　　　 s/ John Dollarhide
　　　　　　　　　　　　　　　　　　150 3rd Avenue South, Suite 1600
　　　　　　　　　　　　　　　　　　Nashville, TN  37201
　　　　　　　　　　　　　　　　　　John.Dollarhide@butlersnow.com
　　　　　　　　　　　　　　　　　　Counsel to **FLETCHLINE, INC., and FLETCHLINE ELECTRICAL SERVICES LLC**

Dated:  12/04/2023　　　　　　　　/s/ Edmond M. George (Pa. I.D. No. 45969)
　　　　　　　　　　　　　　　　　　OBERMAYER REBMANN MAXWELL & HIPPEL, LLP
　　　　　　　　　　　　　　　　　　1500 Market Street, Suite 3400
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　Email: Edmond.george@obermayer.com
　　　　　　　　　　　　　　　　　　Counsel to **INVATA, LLC d/b/a INVATA INTRALOGISTICS, RYAN SHEEHAN, and AYMAN LABIB**

84792962.v1