IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FLETCHLINE, INC., FLETCHLINE ELECTRICAL SERVICES, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-3295 |
| | : | |
| INVATA, LLC d/b/a INVATA INTRALOGISTICS, RYAN SHEEHAN, AYMAN LABIB, and JOHN DOES 1-3 | : | |

# ORDER

**AND NOW**, this 5th day of December 2023, upon considering the parties' Stipulation of dismissal (ECF No. 79), and for good cause, it is **ORDERED** the parties' Stipulation (ECF No. 79) is **APPROVED** requiring;

1. Plaintiffs' claims as to Invata, LLC are **DISMISSED** without prejudice;

2. Plaintiffs' claims as to Ryan Sheehan and Ayman Labib are **DISMISSED** with prejudice;

3. Defendant Invata, LLC's counterclaim is **DISMISSED** without prejudice; and,

4. The Clerk of Court shall **CLOSE** this case.

KEARNEY, J.